IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**

**OCT 1 8 2016**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CRIMINAL NO. 16-30118-DRH |
| | ) Title 18 United States Code, |
| | ) Sections 1951, 924(c)(1)(A), and (d)(1) |
| THOMAS J. HELMS, | ) |
| Defendant. | ) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**INTERFERENCE WITH COMMERCE BY ROBBERY**

On or about September 26, 2016, in St. Clair County, within the Southern District of Illinois,

**THOMAS J. HELMS,**

defendant herein, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant, THOMAS J. HELMS, did unlawfully take and obtain property, namely U.S. Currency, belonging to Hardee's Restaurants, LLC., from the presence of an employee of Hardee's Restaurants, LLC, against his will by means of actual and threatened force, violence and fear of injury, immediate and future, to his person, by brandishing a firearm.

At all times material to this Indictment, Hardee's Restaurants, LLC, located at 1508 Camp Jackson Road, Cahokia, Illinois, was engaged in the sale of food and beverages in interstate commerce and an industry which affects interstate commerce.

All in violation of Title 18, United States Code, Section 1951.

### COUNT 2

#### CARRY AND USE OF A FIREARM DURING A CRIME OF VIOLENCE

On or about September 26, 2016, in St. Clair County, within the Southern District of Illinois,

**THOMAS J. HELMS,**

defendant herein, did knowingly use and carry a firearm, during and in relation to, and did knowingly possess in furtherance of, a crime of violence for which he may be prosecuted in a court of the United States, to wit: Interference with Commerce by Robbery as named and fully described in Count 1, in violation of Title 18, United States Code, Section 924(c)(1)(A).

During and in the course of the commission of this offense, the defendant herein did brandish a firearm, in violation of 18 U.S.C. 924(c)(1)(A)(ii).

#### FORFEITURE ALLEGATION

Upon conviction for the offense charged in ~~Court~~ Count 2, defendant, **THOMAS J. HELMS,** shall forfeit to the United States, pursuant to Title 18, United States Code 924 (d)(1), any firearm or ammunition involved in the aforementioned offense.

The property that is subject to forfeiture referred to above includes, but is not limited to, the following: a Rossi .357 Magnum revolver, serial number CX957543 and any ammunition contained therein.

LAURA V. REPPERT
Assistant United States Attorney

DONALD S. BOYCE
United States Attorney

Recommended Bond: DETENTION