**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 3:16-CR-30118-DWD** |
| | ) | |
| **THOMAS HELMS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MEMORANDUM & ORDER**

**DUGAN, District Judge:**

This matter is currently before the Court on Defendant Thomas Helms' Motion for Early Termination of Supervised Release. (Doc. 55). Mr. Helms pleaded guilty to Interference with Commerce by Robbery and Carry and Use of a Firearm During a Crime of Violence on July 17, 2017. (Doc. 27). On August 25, 2017, Defendant was sentenced to 111 months in the Bureau of Prisons to be followed by a term of 3 years of supervised release. (Doc. 34). Mr. Helms was released from the Bureau of Prisons and began his term of supervised release on July 5, 2024.

The Government has responded to Mr. Helms' Motion. (Doc. 58). The Government states that Mr. Helms has been compliant with all terms of supervision and has no objection to the request for early termination of supervised release. The probation department confirms that Mr. Helms has been compliant with all terms of supervision and supports his request for early termination.

18 U.S.C. § 3583(e)(1) provides that "the court may, after considering the factors set forth in section 3553(a) … terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." *See also* Fed. R. Crim. Proc. 32.1(c)(2) (allowing for modification of supervised release without a hearing).

After considering the motion and the § 3553(a) factors, the Court finds that early termination of Mr. Helms' supervised release is warranted by his conduct and in the interest of justice. Accordingly, the Motion for Termination of Supervised Release (Doc. 55) is **GRANTED**. The previously imposed term of supervised release is **TERMINATED** as of the date of this Order.

**SO ORDERED.**

Dated: May 8, 2026

_____
DAVID W. DUGAN
United States District Judge

2